UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG E. HUNNICUTT, JR.,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:23-cr-141

**ORDER OF DETENTION**

Defendant appeared this date for a bond hearing. For the reasons stated on the record, and per the Court's Order (ECF No. 132) entered this day in case number 1:06-cr-194,

IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 28, 2023.

                      /s/ Sally J. Berens
                      SALLY J. BERENS
                      U.S. Magistrate Judge